NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOSKOWITZ FAMILY LLC,**

*Plaintiff-Appellee*

**v.**

**GLOBUS MEDICAL, INC.,**

*Defendant-Appellant*

---

2024-1753

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:20-cv-03271-MSG, Judge Mitchell S. Goldberg.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                MOSKOWITZ FAMILY LLC V. GLOBUS MEDICAL, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 24, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 24, 2025